# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129931

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LYNNANN E. HUNT,
      Plaintiff/Counterdefendant-
      Appellee,

v

                                          SC: 129931
                                          COA: 256167
                                          Genesee CC: 03-245759-DO

THOMAS B. HUNT,
      Defendant/Counterplaintiff-
      Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                             _____

s0221                                               Clerk